**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

In Re:                                  * **CHAPTER 7**

      **JANICE D. MILLER**                  *

                                    * **CASE NO. 11-30382**

                                    *

                                    * **JUDGE RICHARD S. STAIR, JR.**

                            **Debtor.**    *

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      Comes now Litton Loan Servicing, L.P., not in its individual capacity, but solely as Trustee for 147 LONG BEACH MORTGAGE SPECIAL ("Creditor"), by and through its undersigned counsel, and requests that its counsel be added to the mailing matrix in this case as to receive copies of all Notices and Pleadings sent to creditors or other parties in interest pursuant to Fed. R. Bankr. P. 2002.

                                         Respectfully submitted,

                                         /s/ Laura Grifka
                                         Laura Grifka, TN Bar No. 015119
                                         MCCALLA RAYMER, LLC
                                         1544 Old Alabama Road
                                         Roswell, GA 30076
                                         Phone: 678-281-6535
                                         Fax: 866-950-3067
                                         lag@mccallaraymer.com